UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICARDO VELASQUEZ,

                         Plaintiff,                    **24-CV-3275 (JHR) (VF)**

            -against-                        **ORDER**

NEW SPRING DELI CORP., a New York corporation,
b/d/a NEW SPRING DELI & GROCERY, and 651 E.
187TH STREET & 2400, 2404 BELMONT LLC, a
New York limited liability company,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At ECF No. 19, the parties were directed to file a proposed amended discovery schedule by February 4, 2025. To date, the parties have not filed a proposed amended discovery schedule.

The parties are directed to propose an amended discovery schedule to the Court by **March 3, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                February 24, 2025

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge