UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                              Plaintiff(s),<br><br>        -against-<br><br>NEW SPRING DELI CORP, et al.,<br><br>                              Defendant(s). | 24-CV-3275-JHR-VF<br><br>ORDER |

VALERIE FIGUEREDO, United States Magistrate Judge:

Per the mediator's report at ECF No. 23, the parties were unable to resolve the issues presented in this case. Discovery closes on **June 24, 2025**. See ECF No. 22. The parties are directed to submit a joint status update by **June 30, 2025**, certifying that discovery is completed.

SO ORDERED.

Dated:   June 2, 2025
         New York, New York

                                                    _____
                                                    Hon. Valerie Figueredo
                                                    United States Magistrate Judge